UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| 126 GANNON PLAZA, LLC, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3-16-CV-0407-M |
| | § | |
| SENECA INSURANCE COMPANY, | § | |
| | § | |
| Defendant | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff 126 Gannon Plaza, LLC submits this Agreed Stipulation of Dismissal with Prejudice of all claims and causes of action asserted against Defendant Seneca Insurance Company in this case, with the parties to bear their own costs, attorneys' fees and expenses.  By signature of its counsel below, Defendant has noted its agreement.

WHEREFORE, Plaintiff 126 Gannon Plaza, LLC prays that all claims asserted in this lawsuit against Defendant Seneca Insurance Company be dismissed with prejudice and that each party bear its own costs, attorneys' fees and expenses.

Respectfully submitted,

MERLIN LAW GROUP

By: _ /s/ Patrick C. Ginnis *_____
    Patrick C. McGinnis
    Texas State Bar No: 13631900
    Email:  pmcginnis@merlinlawgroup.com
    Phillip N. Sanov, Esq.
    Texas State Bar No: 17635959
    Email:  psanov@merlinlawgroup.com

1

2767331v1
01446.137

515 Post Oak Blvd., Suite 750
Houston, Texas 77027
Telephone:  713-626-8880
Telecopy: 713-626-8881

ATTORNEYS FOR PLAINTIFF
126 GANNON PLAZA, LLC


THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: ___/s/ *Christopher H. Avery*_____
    James N. Isbell
    Attorney-In-Charge
    State Bar No. 10431900
    Email:  jisbell@thompsoncoe.com
    Christopher H. Avery
    State Bar No.  24069321
    Email:  cavery@thompsoncoe.com

One Riverway, Suite 1400
Houston, Texas  77056
Telephone:  (713) 403-8210
Telecopy:  (713) 403-8299

Local Counsel:
Lindsey Shine Lawrence
State Bar No. 24053681
THOMPSON, COE, COUSINS & IRONS, L.L.P.
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone:  (214) 871-8200
Telecopy: Facsimile: (214) 871-8209
Email:  llawrence@thompsoncoe.com

**ATTORNEYS FOR DEFENDANT**
**SENECA INSURANCE COMPANY**


**\*Signed by permission**

2